UNITED STATES of America, Plaintiff–Appellee

v.

Marco Antonio ORTIZ–GOMEZ, also known as Antonio Gomez, also known as Antonio Ortiz, Defendant–Appellant.

No. 07–50391
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 25, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Michael Lee Brandes, Temple, TX, for Defendant–Appellant.

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Marco Antonio Ortiz–Gomez has moved for

---

leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Ortiz–Gomez has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

---

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.